1  Max J. Sprecher, Esq. (SBN: 169285)
   LAW OFFICES OF MAX J. SPRECHER
2  5850 Canoga Avenue, 4th Floor
   Woodland Hills, CA  91367
3  T: 818.996.2255
   F: 818.996.4204
4  E-Mail:  max@sprecherlaw.com

5  Kenneth P. Norwick
   NORWICK & SCHAD
6  110 East 59th Street
   New York, New York 10022
7  P: (212) 751-4440
   F: (212) 604-9997
8  E-Mail: ken@norwickschad.com
   *Pro Hac Vice to be sought*
9
10 Attorneys for Plaintiff JOHN DLUGOLECKI

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                   WESTERN DIVISION

| | |
|---|---|
| JOHN DLUGOLECKI, an individual, | Case No. |
| | Filed: |
| Plaintiff, | |
| vs. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND OTHER CLAIMS** |
| PEOPLECONNECT, INC., a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff John Dlugolecki ("Dlugolecki") alleges as follows:

**INTRODUCTION**

1.    This case addresses a million-dollar for-profit business that is built at least in part on the knowing and willful unauthorized exploitation and infringement of countless photographs (and other "content") that are the copyright property of others.  The specific photos at issue in this case are of Rachel Meghan Markle ("Markle") that were created by Dlugolecki when Markle attended Immaculate Heart Middle and High School in this district in the 1990s.

# THE PARTIES

2. On information and belief, defendant PeopleConnect, Inc. ("People-Connect") is a corporation based in Seattle, Washington whose parent holding company PeopleConnect Holdings, Inc. in 2015 acquired the "product" (its description) named "Classmates.com" for $30 million. That product *inter alia* is in the business of publishing and selling for profit photos and other content that it finds in school yearbooks without seeking or obtaining any license to do so from the copyright owners of that content.

3. On information and belief, in conducting that business PeopleConnect purposefully directs business activities to this State and district, in part by soliciting and contracting with "members" and advertisers based in the State and district and by maintaining an office in San Rafael, California. In an earlier litigation in this district it was admitted (by a prior owner) that the business "Classmates.com" "do[es] business within this judicial district and that this Court may exercise personal jurisdiction" over it.

4. Ironically, the "Terms of Service" applicable to "members" of Classmates.com orders those persons as follows: "Do not provide any Content that . . . infringes, misappropriates or otherwise violates the intellectual property rights or other rights of any third party." Thus, PeopleConnect is indisputably well aware of the legal need to not "violate the intellectual property rights or other rights of any third party" in the conduct of its "Classmates.com" business.

5. Dlugolecki, a resident of this district, is a professional photographer who owns the copyrights in the photos that are the subject of this case.

# JURISDICTION AND VENUE

6. This Court has jurisdiction over this case pursuant to 28 U.S.C. §1338 because this case arises under the United States Copyright Act. Venue in this district is proper pursuant to 28 U.S.C. §§1391(b) and 1400.

**UNDERLYING FACTS**

7. Under the heading "There's tons to do on Classmates®" on its website, PeopleConnect states: "Browse yearbooks[:] The largest collection of high school yearbooks is on your laptop, tablet and smartphone. Find those old memories and even share them on Facebook." As a matter of law (<u>e.g.</u>, Section 102 of the U.S. Copyright Act), those yearbooks – and their contents – are protected by copyright. On information and belief, as exemplified by this case, it is no part of People-Connect's everyday business to seek or obtain licenses from the copyright owners of the contents of its "collection" before it builds its for-profit business on those contents.

8. As part of that everyday business, and as here relevant, PeopleConnect found and then exploited for its own profit photos of Markle that are the copyright property of Dlugolecki (the "Markle Photos"). Specifically, attached hereto as Exhibit "A" are reproductions of pages from Classmates.com's website that contain several yearbook photos of Markle, three of which were created by Dlugolecki and registered by him with the U.S. Copyright Office. Two of those three photos are on the top row of those reproductions and the third is at the center of the second row. Copies of the relevant certificates of registration are attached hereto as Exhibit "B." As a matter of law, there is no requirement for copyright protection that a copyright notice accompany the authorized publication of copyrighted content.

9. The Markle Photos were created within this district; the principal subject of the Markle Photos (Markle) was (and is now again) a resident of this district; the yearbooks in which the Markle Photos appeared were lawfully published within this district; and the Markle Photos were created and are owned by a resident of this district. To the extent the Markle Photos were published by PeopleConnect to attract "classmates" of Markle, such publication was specifically addressed to people within this district.

10. PeopleConnect exploited the Markle Photos without seeking or obtaining any copyright authorization to do so. In fact, it is an integral component of PeopleConnect's business – including its sale for separate payment of the contents of the yearbooks it publishes and exploits -- that it effectively grants to itself the copyright right to publish and sell for profit such photos, even though it owns no such rights and even though it knows it owns no such rights.

11. By publishing and otherwise exploiting for profit the Markle Photos without any legal license to do so, PeopleConnect directly and willfully infringed Dlugolecki's copyrights therein, unfairly competed with him, and caused him financial injury as a result, all while also profiting therefrom.

**COUNT I: WILLFUL COPYRIGHT INFRINGEMENT**

12. Dlugolecki incorporates here the contents of Paragraphs 1 through 11 above.

13. The unauthorized copying, dissemination, display, and other exploitation of the Markle Photos by PeopleConnect constitutes willful infringements of Dlugolecki's copyrights in each of the infringed Photos, which infringements have profited PeopleConnect and damaged Dlugolecki.

14. As a result, Dlugolecki is entitled to the relief prayed-for below.

**PRAYER FOR RELIEF**

WHEREFORE, Dlugolecki prays for judgment against PeopleConnect as follows:

A. To the extent available under applicable law, Dlugolecki demands judgment against PeopleConnect with respect to each of its infringements and awarding 1) its profits attributable to the infringements, 2) actual damages caused by the infringements, 3) statutory damages, and 4) such other financial relief as the Court deems just; and

B. To the extent available under applicable law, Dlugolecki demands judgment against PeopleConnect for his attorney fees; and

C.  To the extent available under applicable law, Dlugolecki demands judgment against PeopleConnect for pre- and post-judgment interest; and

D.  To the extent available under applicable law, Dlugolecki demands judgment for such other and further equitable and legal relief as this Court may deem just.

DATED: April 21, 2020

LAW OFFICES OF MAX J. SPRECHER
AND
NORWICK & SCHAD

/Max J. Sprecher/
Max J. Sprecher
Attorneys for Plaintiff JOHN DLUGOLECKI

## **DEMAND FOR JURY TRIAL**

Dlugolecki hereby demands a trial by jury on all issues properly so triable.

DATED: April 21, 2020

LAW OFFICES OF MAX J. SPRECHER
AND
NORWICK & SCHAD

/Max J. Sprecher/
Max J. Sprecher
Attorneys for Plaintiff JOHN DLUGOLECKI

# EXHIBIT A



Markle infringement_Classmates_1.png



Markle infringement_Classmates_2.png

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-084-837**

**Effective Date of Registration:**
December 02, 2017

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

Title of Work:   Megan_Markle_Aug1998_ImmaculateHeartHS_YBKportrait_Grade12

### Completion/Publication

Year of Completion:   1998
Date of 1st Publication:   May 22, 1999
Nation of 1st Publication:   United States

### Author

- Author:   John Boles Dlugolecki
  Author Created:   photograph
  Citizen of:   United States
  Domiciled in:   United States
  Year Born:   1953

### Copyright Claimant

Copyright Claimant:   John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

### Rights and Permissions

Organization Name:   Dlugolecki Photography
Name:   John Boles Dlugolecki
Email:   dlugoleckiphotography@gmail.com
Telephone:   (818)848-0148xstudio
Alt. Telephone:   (818)422-0148xcell
Address:   918 Bethany Road
Burbank, CA 91504 United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-098-561**
Effective Date of Registration:
April 04, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: May 22, 1998 to May 22, 1998

### Title

Title of Group: Photographs taken of Meghan Markle published in 1998
Number of Photographs in Group: 2

### Completion/Publication

Year of Completion: 1998
Earliest Publication Date in Group: May 22, 1998
Latest Publication Date in Group: May 22, 1998
Nation of First Publication: United States

### Author

- Author: John Boles Dlugolecki
  Author Created: photographs
  Work made for hire: Yes
  Domiciled in: United States
  Year Born: 1953

### Copyright Claimant

Copyright Claimant: John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

### Rights and Permissions

Name: John Boles Dlugolecki
Email: dlugoleckiphotography@gmail.com
Telephone: (818)848-0148xstudio
Alt. Phone: (818)422-0148xcell
Address: 918 Bethany Road
Burbank, CA 91504 United States

Page 1 of 2