Max J. Sprecher, Esq. (SBN: 169285)
LAW OFFICES OF MAX J. SPRECHER
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA 91367
T: 818.996.2255
F: 818.996.4204
E-Mail: max@sprecherlaw.com

Kenneth P. Norwick
NORWICK & SCHAD
110 East 59th Street
New York, New York 10022
P: (212) 751-4440
F: (212) 604-9997
E-Mail: ken@norwickschad.com
*Pro Hac Vice granted*

Attorneys for Plaintiff JOHN DLUGOLECKI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOHN DLUGOLECKI, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PEOPLECONNECT, INC.;<br>PEOPLECONNECT INTERMEDIATE<br>LLC; PEOPLECONNECT HOLDINGS,<br>INC., PCHI INTERMEDIATE, LLC; and<br>PCHI PARENT, INC.,<br><br>　　　　Defendant. | Case No.　2:20-CV-03657-GW-GJS<br>Filed:　　　April 21, 2020<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGE-MENT AND OTHER CLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff John Dlugolecki ("Dlugolecki") alleges as follows:

## INTRODUCTION

1. This case addresses a million-dollar for-profit business – with at least five layers of ownership – that is built in significant part on the knowing and willful unauthorized exploitation and infringement of countless photographs, yearbooks and other content that are the copyright property of others. As currently known by

Dlugolecki, and before discovery can provide further evidence, this case specifically addresses the willful infringement by the defendants of specific photos of Rachel Meghan Markle ("Markle") that were created by Dlugolecki when Markle attended Immaculate Heart Middle and High School in this district in the 1990s.

## THE PARTIES

2.     On information and belief, defendant PeopleConnect, Inc. ("People-Connect") is a corporation based in Seattle, Washington, that is owned by defendant PeopleConnect Intermediate LLC, which in turn is owned by defendant PeopleConnect Holdings, Inc., which in turn is owned by defendant PCHI Intermediate, LLC, which in turn is owned by defendant PCHI Parent, Inc. (For convenience, we will here combine and refer to those layers of owners in the singular as "PeopleConnect").

3.     On information and belief, in 2015 one of the above-named defendants acquired the "product" (their description) named "Classmates.com" for $30 million.

4.     That "product" inter alia is in the business of publishing and selling for profit photos and other content that it finds in school yearbooks without seeking or obtaining any license to do so from the copyright owners of that content.

5.     Indeed, the business of that "product" actually includes and actively promotes the unauthorized and infringing reproduction and sale of entire yearbooks the copyrights to which are owned by others.

6.     On information and belief, in conducting the Classmates.com business PeopleConnect purposefully directs business activities to this State and district, in part by soliciting and contracting with "members" and advertisers based in this State and district and by maintaining an office in San Rafael, California.  In an earlier litigation in this district it was admitted (by a prior owner) that the business "Classmates.com" "do[es] business within this judicial district and that this Court may exercise personal jurisdiction" over it.

7.     Notably, the "Terms of Service" applicable to "members" of Class-mates.com orders those persons as follows: "Do not provide any Content that . . . infringes, misappropriates or otherwise violates the intellectual property rights or other rights of any third party."

8.     Dlugolecki, a resident of this district, is a professional photographer who owns the copyrights in the photos that are the subject of this case.

## JURISDICTION AND VENUE

9.     This Court has jurisdiction over this case pursuant to 28 U.S.C. §1338 because this case arises under the United States Copyright Act. Venue in this district is proper pursuant to 28 U.S.C. §§1391(b) and 1400.

## UNDERLYING FACTS

PeopleConnect and Classmates.com

10.     PeopleConnect is the subject of an extensive Wikipedia article that provides information about it, including that it derives "revenue from paid subscriptions and advertising sales."

11.     Further, "as of 2015 (the year it turned 20), Classmates had over 70 million current members."

12.     Further, "the Classmates website has an online archive of over 300,000 yearbooks, accessible with a free Classmates membership. This represents the world's largest (and continually growing) digital yearbook collection."

13.     On information and belief, PeopleConnect publishes, displays, reproduces, sells, and otherwise exploits for its own profit those 300,000-plus yearbooks without seeking or obtaining license to do so from the copyright owners of those yearbooks and of the content contained therein, including Dlugolecki's Markle Photos, which renders all that systematic business-model exploitation willful copyright infringement.  Further, according to the Wikipedia report, PeopleConnect has a history of disregard for and violation of the legal rights of others, which is

relevant to and gives context for the issue of its "good faith and fair dealing" with respect to Dlugolecki's copyrighted Markle Photos.

14.     Under the heading "Controversial business practices and legal issues," Wikipedia further reports that in 2006 *PCWorld* found that "Classmates.com was one of the companies that received their worst rating" with respect to "how easy or difficult it was to cancel their service."

15.     Under the heading "Fraudulent e-mails and settlement," Wikipedia reports that Classmates.com agreed to settle two separate 2008 class actions against it. (Final judgments including injunctions at In re Classmates.com Consolidated Litigation, 2:09-cv-00045 and 2:09-cv-00104 (W.D.Wa. 2012).)

16.     With reference to those two class actions, the Wikipedia report cites to an article in WIRED Magazine which explained that "While Classmates.com denied it engaged in any deception, it agreed to pay up to $9.5 million to the estimated 3.16 million people who signed up for the service after seeing ads and e-mails encour-aging users to upgrade in order to see what members had been looking at their profiles."

17.     Under that same heading, Wikipedia further reports that Classmates agreed to settle a New York State claim that it (among other companies) was engaged in a practice pursuant to which "consumers who completed online purchases were presented with discounts or cash-back offers, and accepting these offers triggered small, easy-to-overlook recurring charges billed to unfamiliar company names. Classmates' share of the settlement amounts to $960,000 and a commitment to end these practices."

Use of Copyrighted Content

18.     Under the heading "There's tons to do on Classmates®" on its website, PeopleConnect states: "Browse yearbooks[:] The largest collection of high school yearbooks is on your laptop, tablet and smartphone. Find those old memories and

1  even share them on Facebook." As a matter of law (e.g., Section 102 of the U.S.

2  Copyright Act), those yearbooks – and their contents – are protected by copyright.

3      19.    On information and belief, as exemplified by this case, it is no part of

4  PeopleConnect's everyday business to seek or obtain licenses from the copyright

5  owners of the content contained in its "collection" of yearbooks before it builds its

6  for-profit business on that content.

7      20.    When the original Complaint in this action was filed, Dlugolecki was

8  only aware of, and only sued on, a single article published by PeopleConnect within

9  the past two years that infringed three separate copyrights owned by Dlugolecki.

10     21.    Since that filing, however, Dlugolecki has discovered several other

11 infringements by PeopleConnect of his copyrighted Markle Photos. Each of the

12 currently-known infringements by PeopleConnect will now be described.

13     22.    Dlugolecki photographed and is the copyright owner of numerous

14 photos that were included in the 1998 yearbook of Immaculate Heart High School.

15 At a time currently unknown to Dlugolecki, PeopleConnect reproduced in full and

16 unedited several pages from that yearbook.

17     23.    Attached hereto as Exhibit "A" is one such reproduction of pages from

18 that yearbook. As part of that reproduction, under the heading "Genesians,"

19 PeopleConnect publicly displayed a Markle Photo that was created, registered and is

20 owned by Dlugolecki. (A separate copy of that photo is attached hereto as Exhibit

21 "B" and the registration covering it is attached hereto as Exhibit "C.")

22     24.    Attached hereto as Exhibit "D" is a separate reproduction of that same

23 page, this time highlighting Dlugolecki's copyrighted Markle photo.

24     25.    Attached hereto as Exhibit "E" is a reproduction of different pages from

25 the same 1998 yearbook of Immaculate Heart High School. That reproduction

26 includes several dozen photos created and owned by Dlugolecki, one of which has

27 heretofore been duly registered with the U.S. Copyright Office. (A separate copy of

28 that photo is attached hereto as Exhibit "F" and the registration covering it is

attached hereto as Exhibit "C.") Dlugolecki will register all of the others, and will then either add them (if permitted) to this action or commence a new action based on those additional newly-discovered infringements.

26.     Attached hereto as Exhibit "G" is a separate reproduction of those same pages, this time highlighting Dlugolecki's copyrighted Markle photo.

27.     In addition to his photos in the 1998 yearbook for Immaculate Heart High School, Dlugolecki also photographed and is the copyright owner of numerous photos that were included in the 1999 yearbook of that school. At a time currently unknown by Dlugolecki, PeopleConnect reproduced in full and unedited several pages from that yearbook.

28.     Attached hereto as Exhibit "H" is one such reproduction of pages from that yearbook. That reproduction includes a photo of Markle that was created, registered and is owned by Dlugolecki. (A separate copy of that photo is attached hereto as Exhibit "I" and the registration covering it is attached hereto as Exhibit "J.")

29.     Attached hereto as Exhibit "K" is a separate reproduction of those same pages, this time highlighting Dlugolecki's copyrighted Markle photo.

30.     Apart from, and in addition to, its full and unedited reproductions of pages from the 1998 and 1999 yearbooks of Immaculate Heart High School, PeopleConnect also created a new, original and separate article that is devoted solely to Markle that did not previously exist anywhere (and was not found in any yearbook). For that original article, PeopleConnect itself selected, arranged, and publicly displayed several separate photos of Markle, three of which were created, registered and are owned by Dlugolecki. (Attached hereto as Exhibit "L" is a copy of that entire original article by PeopleConnect that first appeared on PeopleConnect's Classmates.com website and not in any yearbook.)

31.     The three Markle photos in PeopleConnect's original article that were created and registered and are owned by Dlugolecki can be identified as follows:

Two of those three photos are on the top row of that original article and the third is at the center of the second row. (Copies of the relevant certificates of registration are attached hereto as Exhibit "M.")

32.     PeopleConnect's original article has nothing in common with its unedited and unrevised reproduction of pages from the 1998 and 1999 yearbooks of Immaculate Heart High School. By way of illustration: a) PeopleConnect's original article was a wholly original creation that did not appear previously anywhere, including in any yearbook; b) PeopleConnect's original article was devoted solely and entirely to one person (Markle) while PeopleConnect's reproduction of yearbook pages feature several different persons and subjects; c) PeopleConnect's original article selected and arranged several different photos of Markle in a new array that never before appeared anywhere, including in any yearbook. In short, the only thing all those uses of Dlugolecki's Markle Photos by PeopleConnect have in common is that they all constitute willful infringements of Dlugolecki's registered copyrights.

33.     Dlugolecki's Markle Photos were created within this district; the principal subject of the Markle Photos (Markle) was (and is now again) a resident of this district; the yearbooks in which Markle Photos appeared were lawfully published within this district; and the Markle Photos were created and are owned by a resident of this district. To the extent the Markle Photos were published by PeopleConnect to attract "classmates" of Markle, such publication was specifically addressed to people within this district.

34.     PeopleConnect willfully and deliberately exploited Dlugolecki's Markle Photos without seeking or obtaining any copyright authorization to do so. In fact, it is an integral component of PeopleConnect's business – including its sale for separate payment of the contents of the yearbooks it publishes and exploits as well as entire yearbooks -- that it effectively grants to itself the copyright right to publish and sell for profit such copyrighted material, even though it owns no such rights and even though it knows it owns no such rights.

35.    By publishing and otherwise exploiting for profit Dlugolecki's Markle Photos without any legal license to do so, PeopleConnect directly and willfully infringed Dlugolecki's copyrights therein, unfairly competed with him, and caused him financial injury as a result, all while directly and indirectly profiting therefrom.

## COUNT I: WILLFUL COPYRIGHT INFRINGEMENT FROM THE 1998 YEARBOOK

36.    Dlugolecki incorporates here the contents of Paragraphs 1 through 35 above.

37.    The unauthorized copying, dissemination, display, and other exploitation of Dlugolecki's Markle Photo as set forth on Exhibit "A," "D," "E" and "G" attached hereto by PeopleConnect constitutes willful infringements of Dlugolecki's copyrights in that Photo, which infringements have profited PeopleConnect and damaged Dlugolecki.

38.    As a result, Dlugolecki is entitled to the relief prayed-for below.

## COUNT II: WILLFUL COPYRIGHT INFRINGEMENT FROM THE 1999 YEARBOOK

39.    Dlugolecki incorporates here the contents of Paragraphs 1 through 38 above.

40.    The unauthorized copying, dissemination, display, and other exploitation of Dlugolecki's Markle Photos as set forth on Exhibits "H" and "K" attached hereto by PeopleConnect constitutes willful infringements of Dlugolecki's copyrights in the Photos, which infringements have profited PeopleConnect and damaged Dlugolecki.

41.    As a result, Dlugolecki is entitled to the relief prayed-for below.

## COUNT III: WILLFUL COPYRIGHT INFRINGEMENT BY PEOPLECONNECT'S ORIGINAL ARTICLE

42.    Dlugolecki incorporates here the contents of Paragraphs 1 through 41 above.

43.     The unauthorized copying, dissemination, display, and other exploit-ation of each of Dlugolecki's Markle Photos as set forth on Exhibit "L" attached hereto by PeopleConnect constitutes willful infringements of Dlugolecki's copyrights in the Photos, which infringements have profited PeopleConnect and damaged Dlugolecki.

44.     As a result, Dlugolecki is entitled to the relief prayed-for below.

## PRAYER FOR RELIEF

WHEREFORE, Dlugolecki prays for judgment against PeopleConnect as follows:

A.     To the extent available under applicable law, Dlugolecki demands judgment against PeopleConnect with respect to each of its infringements and awarding 1) its profits attributable to the infringements, 2) actual damages caused by the infringements, 3) statutory damages, and 4) such other financial relief as the Court deems just; and

B.     To the extent available under applicable law, Dlugolecki demands judgment against PeopleConnect for his attorney fees; and

C.     To the extent available under applicable law, Dlugolecki demands judgment against PeopleConnect for pre- and post-judgment interest; and

D.     To the extent available under applicable law, Dlugolecki demands judgment for such other and further equitable and legal relief as this Court may deem just.

DATED: June 19, 2020              LAW OFFICES OF MAX J. SPRECHER
                                               AND
                                  NORWICK & SCHAD


                                  ____/Max J. Sprecher/_____
                                  Max J. Sprecher
                                  Attorneys for Plaintiff JOHN DLUGOLECKI

1

## **<u>DEMAND FOR JURY TRIAL</u>**

2

Dlugolecki hereby demands a trial by jury on all issues properly so triable.

3

DATED: June 19, 2020

4

LAW OFFICES OF MAX J. SPRECHER

5

AND
NORWICK & SCHAD

6

7

_____/Max J. Sprecher/_____
Max J. Sprecher

8

Attorneys for Plaintiff JOHN DLUGOLECKI

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:20-CV-03657-GW-GJS

FIRST AMENDED COMPLAINT

# EXHIBIT A



**EXHIBIT B**

# GENESIANS



Top: Laurel Schmolze • *Treasurer*, Gigi DeRuelle • *Moderator*,
Meghan Markle • *Festival Coordinator*, Natalie Fryman • *Vice President*,
Laura Young • *ComedySportz Captain*, Rachel Rosen • *Historian*,
Bottom: Nicola Monat-Jacobs • *ComedySportz Captain*, Simone Burns •
*President*, Kristen Montero • *Secretary*, Amalia Mora • *Comm. of Publicity*

**EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-098-561

**Effective Date of Registration:**
April 04, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   May 22, 1998 to May 22, 1998

### Title

**Title of Group:**  Photographs taken of Meghan Markle published in 1998
**Number of Photographs in Group:**  2

### Completion/Publication

**Year of Completion:**  1998
**Earliest Publication Date in Group:**  May 22, 1998
**Latest Publication Date in Group:**  May 22, 1998
**Nation of First Publication:**  United States

### Author

- **Author:**  John Boles Dlugolecki
  **Author Created:**  photographs
  **Work made for hire:**  Yes
  **Domiciled in:**  United States
  **Year Born:**  1953

### Copyright Claimant

**Copyright Claimant:**  John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

### Rights and Permissions

**Name:**  John Boles Dlugolecki
**Email:**  dlugoleckiphotography@gmail.com
**Telephone:**  (818)848-0148xstudio
**Alt. Phone:**  (818)422-0148xcell
**Address:**  918 Bethany Road
Burbank, CA 91504 United States

Page 1 of 2

# EXHIBIT D



**EXHIBIT E**



**EXHIBIT F**



**EXHIBIT G**



# EXHIBIT H



**EXHIBIT I**



**EXHIBIT J**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-084-837**

**Effective Date of Registration:**
December 02, 2017

### Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

Title of Work: Megan_Markle_Aug1998_ImmaculateHeartHS_YBKportrait_Grade12

### Completion/Publication

Year of Completion: 1998
Date of 1st Publication: May 22, 1999
Nation of 1st Publication: United States

### Author

Author: John Boles Dlugolecki
Author Created: photograph
Citizen of: United States
Domiciled in: United States
Year Born: 1953

### Copyright Claimant

Copyright Claimant: John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

### Rights and Permissions

Organization Name: Dlugolecki Photography
Name: John Boles Dlugolecki
Email: dlugoleckiphotography@gmail.com
Telephone: (818)848-0148xstudio
Alt. Telephone: (818)422-0148xcell
Address: 918 Bethany Road
Burbank, CA 91504 United States

Page 1 of 2

**EXHIBIT K**



**EXHIBIT L**





# EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-084-837

Effective Date of Registration:
December 02, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work:   Megan_Markle_Aug1998_ImmaculateHeartHS_YBKportrait_Grade12

## Completion/Publication
_____

Year of Completion:   1998
Date of 1st Publication:   May 22, 1999
Nation of 1st Publication:   United States

## Author
_____

Author:   John Boles Dlugolecki
Author Created:   photograph
Citizen of:   United States
Domiciled in:   United States
Year Born:   1953

## Copyright Claimant
_____

Copyright Claimant:   John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

## Rights and Permissions
_____

Organization Name:   Dlugolecki Photography
Name:   John Boles Dlugolecki
Email:   dlugoleckiphotography@gmail.com
Telephone:   (818)848-0148xstudio
Alt. Telephone:   (818)422-0148xcell
Address:   918 Bethany Road
Burbank, CA 91504 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number

**VA 2-098-561**

Effective Date of Registration:
April 04, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   May 22, 1998 to May 22, 1998

### Title

Title of Group:   Photographs taken of Meghan Markle published in 1998
Number of Photographs in Group:   2

### Completion/Publication

Year of Completion:   1998
Earliest Publication Date in Group:   May 22, 1998
Latest Publication Date in Group:   May 22, 1998
Nation of First Publication:   United States

### Author

Author:   John Boles Dlugolecki
Author Created:   photographs
Work made for hire:   Yes
Domiciled in:   United States
Year Born:   1953

### Copyright Claimant

Copyright Claimant:   John Boles Dlugolecki
918 Bethany Road, Burbank, CA, 91504, United States

### Rights and Permissions

Name:   John Boles Dlugolecki
Email:   dlugoleckiphotography@gmail.com
Telephone:   (818)848-0148xstudio
Alt. Phone:   (818)422-0148xcell
Address:   918 Bethany Road
Burbank, CA 91504 United States