Doug Tilley (SBN 265997)
SINGER CASHMAN LLP
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:  (628) 400-3961
Fax:  (415) 500-6080
Email:  dtilley@singercashman.com
*Attorneys for Defendants PeopleConnect, Inc.; PeopleConnect Intermediate LLC; PeopleConnect Holdings, Inc.; PCHI Intermediate, LLC; and PCHI Parent, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOHN DLUGOLECKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PEOPLECONNECT, INC.; PEOPLECONNECT INTERMEDIATE LLC; PEOPLECONNECT HOLDINGS, INC.; PCHI INTERMEDIATE, LLC; and PCHI PARENT, INC.,<br><br>Defendants. | Case No.:  2:20-CV-03657-GW-GJS<br><br>**DECLARATION OF DOUG TILLEY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OR DISMISS FOR *FORUM NON CONVENIENS* OR, IN THE ALTERNATIVE, TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR TO TRANSFER, TO DISMISS FOR FAILURE TO STATE A CLAIM, AND TO STRIKE**<br><br>Hearing Date:  August 31, 2020<br>Hearing Time:  8:30 a.m.<br>Courtroom:  9D<br>Hon. George H. Wu, *Presiding* |

I, Doug Tilley, declare as follows:

1. I am a partner with the law firm Singer Cashman LLP, counsel of record for Defendants PeopleConnect, Inc.; PeopleConnect Intermediate LLC; PeopleConnect Holdings, Inc.; PCHI Intermediate, LLC; and PCHI Parent, Inc. (collectively, "Defendants") in the above-captioned matter. I submit this Declaration in support of Defendant's Motion to Compel Arbitration or Dismiss for *Forum Non Conveniens* or, in the Alternative, to Dismiss for Lack of Personal Jurisdiction or to Transfer, to Dismiss for Failure to State a Claim, and to Strike (Defendants' "Motion"). Except as otherwise noted, the statements in this Declaration are based on my personal knowledge. If called upon to do so, I could testify competently to the statements set forth below.

2. I have communicated at length, both by phone and in writing, with counsel for Plaintiff regarding this matter. Among other facts, I informed counsel on June 3 and 8, 2020 that each of the images Plaintiff identified in his original Complaint (*see* Dkt. No. 1) were published on Classmates.com in approximately April 2013. I asked that counsel include that fact in any amended Complaint Plaintiff might seek to file.

3. Attached hereto as **Exhibit A**, and highlighted for the convenience of the Court, is a true and correct copy of an email thread exchanged between myself and counsel for Plaintiff on July 1, 2020. In pertinent part, counsel stated that "Mr. Dlugolecki visited your client's site on a few occasions in recent years to investigate possible infringements, especially in connection with his then-pending Poppel/ABC litigation[.]" According to the Court's CM/ECF system, that action was filed on May 10, 2018. *See* C.D. Cal. No. 2:18-cv-3905, Dkt. No. 1.

4. Plaintiff's counsel and I met and conferred in writing and by telephone concerning Defendants' Motion, including a July 13, 2020 telephone conference pursuant to Civ. L.R. 7-3, in an effort to reduce or narrow the issues requiring the Court's attention.

1  I declare under penalty of perjury that the foregoing is true and correct to the
2  best of my knowledge.

3  Dated:  July 20, 2020  _____
4                                                                          Doug Tilley